344 A.2d 462
Myrna COUSINS
v.
Michael COUSINS, Appellant.

COMMONWEALTH ex rel. Myrna COUSINS,
Appellant (No. 327),
v.
Michael COUSINS, Appellant (No. 326) (two cases).

Supreme Court of Pennsylvania.

Argued June 23, 1975.

Decided Oct. 3, 1975.

I. Raymond Kremer, Philadelphia, Gilbert I. Yaros, I. Raymond Kremer, Philadelphia, Kremer, Krimsky & Lu-

terman, P.C., Philadelphia, for appellant at Nos. 304 and 326 and appellee at No. 327.

John R. Padova, Philadelphia, Solo, Bergman & Padova, Philadelphia, for appellant at No. 327 and appellee at Nos. 304 and 326.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

Decrees at Nos. 304, 326 and 327 January Term, 1975 are affirmed. Each party to bear own costs.